# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1036          Recorder: CS 11/28/2005          Date: 11/28/2005

Present: The Honorable Jennifer T. Lum, U.S. Magistrate Judge

Court Clerk: Maria Cortez                    Assistant U.S. Attorney: Wesley Hsu & Rosalind Wang

| United States of America v. | Attorney Present for Defendant | Language(s) | Interpreter |
|---|---|---|---|
| STEPHANI R. GIMA<br>Bond - Present | David Kaloyanides<br>PANEL | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.

Defendant is arraigned and states true name is as charged .

Defendant is given a copy of the Information, acknowledges receipt of a copy and waives reading thereof.

Other: Class A Misdemeanor case. Defendant consents to proceed before a United States Magistrate Judge in a Class A Misdemeanor case. This case is assigned to Magistrate Judge Ralph Zarefsky for the plea and for all further proceedings. Counsel is contact the clerk to Magistrate Judge Zarefsky for scheduling of the plea. It is so ordered. Government has stated that they will file with the court a Notice of Related case relating to case number CR 05-1032 CT.

0 : 4<br>
Initials of mc<br>
Deputy Clerk:

cc: CJA Supv. Attorney, PSA, Statistics Clerk, USM LA

ICMS
DEC - 6 2005