

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   BRIAN M. HOFFSTADT (Cal. Bar No. 187003)
4  Assistant United States Attorneys
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-6482
        E-mail: brian.hoffstadt@usdoj.gov
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

9                 UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    ) NOS. CR 05-930-CW (M)
                                )       CR 05-1032-CW (M)
12              Plaintiff,       )       CR 05-1033-CW (M)
                                )       CR 05-1034-CW (M)
13              v.              )       CR 05-1035-CW (M)
                                )       CR 05-1036-CW (M)
14 ALBERT VALENTE,             )       CR 05-1037-CW (M)
   RAMON VALDEZ,               )
15 JESSIE LUMADA,              ) EX PARTE MOTION FOR SETTING OF PLEA
   MICHAEL FOUSSE,             ) HEARING; [PROPOSED] ORDER;
16 DWIGHT SITYAR,              ) DECLARATION OF BRIAN M. HOFFSTADT
   STEPHANI GIMA, and          )
17 JOEL DIMAANO                 ) Prop. Hearing Date: Jan. 24, 2006
                                ) Prop. Hearing Time: 2:00 p.m.
18              Defendants.      )

19
20      Plaintiff United States of America, by and through its
21 counsel of record, the United States Attorney for the Central
22 District of California, hereby makes this ex parte application to
23 set a hearing at which defendants Albert Valente, Ramon Valdez,
24 Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani Gima, and
25 Joel Dimaano, may enter their pleas of guilty pursuant to their
26 previously filed plea agreements.
27      As set forth below in the attached declaration of Brian M.
28 Hoffstadt, the government has spoken with defense counsel for



1  these defendants, and it appears that most, if not all, counsel
2  will be available to appear before this Court at the proposed
3  hearing date and time of January 24, 2006, at 2:00 p.m. for the
4  entry of their guilty pleas.  The government believes that it
5  would be most expeditious and efficient that as many pleas as
6  possible be entered at the same time given the related nature of
7  the cases.

8      For these reasons, the government makes this ex parte
9  application to set a guilty plea hearing for the date and time
10 specified above.

11 Date: December 23, 2005   Respectfully submitted,

12                          DEBRA WONG YANG
                            United States Attorney
13
                            THOMAS P. O'BRIEN
14                          Assistant United States Attorney
                            Chief, Criminal Division
15
16 12-23-05
   DATE                     BRIAN M. HOFFSTADT
17                          Assistant United States Attorneys

18                          Attorneys for Plaintiff
                            United States of America
19

20              O R D E R

21     This Court hereby sets a hearing for January 24, 2006, at
22 2:00 p.m. for the entry of guilty plea for defendants Albert
23 Valente, Ramon Valdez, Jessie Lumada, Michael Fousse, Dwight
24 Sityar, Stephani Gima, and Joel Dimaano.

25
26
                            HONORABLE CARLA WOEHRLE
27                          UNITED STATES MAGISTRATE JUDGE

28

                                2

1                    **DECLARATION OF BRIAN M. HOFFSTADT**

2  I, Brian M. Hoffstadt, declare as follows:

3       1.   I am the Assistant United States Attorney assigned to

4  handle the matters of United States v. Albert Valente, CR 05-930-

5  CW (M); United States v. Ramon Valdez, CR 05-1032-CW (M); United

6  States v. Jessie Lumada, CR 05-1033-CW (M); United States v.

7  Michael Fousse, CR 05-1034-CW (M); United States v. Dwight

8  Sityar, CR 05-1035-CW (M); United States v. Stephani Gima, CR 05-

9  1036-CW (M); and United States v. Joel Dimaano, CR 05-1037-CW

10 (M).

11      2.   These cases have been consolidated before the Honorable

12 Carla M. Woehrle, United States Magistrate Judge, because they

13 involve a related series of events -- namely, the theft and

14 subsequent distribution of a copy of *Star Wars: Episode III --*

15 *Revenge of the Sith* prior to its release in movie theatres.   Each

16 of the above-named defendants has signed and filed a plea

17 agreement, in which he or she has agreed to enter a plea of

18 guilty to a single misdemeanor count of criminal copyright

19 infringement.

20      3.   During the weeks of December 12, 2005, and December 19,

21 2005, I spoke with the following defense counsel, who informed me

22 of the following regarding their availability to appear before

23 this Court on January 24, 2006, for the purpose of having his/her

24 client enter a plea of guilty:

25           a.   William Pitman, counsel for defendant Albert

26 Valente, informed me that he is currently available to appear for

27 a guilty plea hearing on January 24, 2006, at 2:00 p.m.

28

                                 1

1        b.   Errol Stambler, counsel for defendant Ramon

2   Valdez, informed me that he is currently available to appear for

3   a guilty plea hearing on January 24, 2006, at 2:00 p.m.

4        c.   Kim Savo, counsel for defendant Jessie Lumada,

5   informed me that she is currently available to appear for a

6   guilty plea hearing on January 24, 2006, at 2:00 p.m.

7        d.   Philip Deitch, counsel for defendant Michael

8   Fousse, was out of town when I contacted him directly about the

9   January 24, 2006, date.  However, in a letter dated December 14,

10  2005, I informed Mr. Deitch of a tentative January 24, 2006,

11  date, and he raised no objection.

12       e.   Anthony Solis, counsel for defendant Dwight

13  Sityar, informed me that he is currently available to appear for

14  a guilty plea hearing on January 24, 2006, at 2:00 p.m.

15       f.   David Kaloyanides, counsel for defendant Stephani

16  Gima, informed me that he is currently available to appear for a

17  guilty plea hearing on January 24, 2006, at 2:00 p.m.

18       g.   Brian Newman, counsel for defendant Joel Dimaano,

19  informed me that he currently has a trial set before Judge

20  Manella to begin on January 24, 2006; however, he is not certain

21  at this time whether the trial will go on that date.  He may also

22  be able to make alternative arrangements to appear for a plea in

23  this matter.

24       I declare under penalty of perjury that the foregoing is

25  true and correct.

26  Dated: December 23, 2005

27                              _____
                                BRIAN M. HOFFSTADT
28

                                2

CERTIFICATE OF SERVICE

I, **YOLANDA AGUAYO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **EX PARTE MOTION FOR SETTING OF PLEA HEARING; (PROPOSED) ORDER; DECLARATION OF BRIAN M. HOFFSTADT**

Service was:

[ ]   Placed in a closed envelope,
      for collection and interoffice delivery
      addressed as follows:

[ ]   Placed in a sealed envelope
      for collection and mailing via
      United States Mail, addressed
      as follows:

[ ]   By hand delivery addressed
      as follows:

[X]   By facsimile as follows:

[ ]   By messenger as follows:

[ ]   By federal express as follows:

**SEE ATTACHED LIST**

This Certificate is executed on December 27, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

YOLANDA AGUAYO

## SERVICE LIST
## <u>U.S. v. VALENTE, ET AL.</u>,

SCANNED

**VIA FACSIMILE:**

BILL PITMAN, ESQ.
Facsimile: (213) 629-0208

ERROL STAMBLER, ESQ.
Facsimile: (310) 470-3968

KIM SAVO, ESQ.
Facsimile: (213) 894-0081

PHIL DEITCH, ESQ.
Facsimile: (323) 938-3318

ANTHONY SOLIS
Facsimile: (213) 489-5923

DAVID KALOYANIDES
Facsimile: (626) 609-0305

BRIAN NEWMAN, ESQ.
Facsimile: (310) 337-0063