```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRIAN M. HOFFSTADT (Cal. Bar No. 187003)
 4  Assistant United States Attorneys
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-6482
         E-mail: brian.hoffstadt@usdoj.gov
 7
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

SEND

FILED
CLERK, U.S DISTRICT COURT
DEC 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2005 DEC 27 PM 3: ___
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT VALENTE,<br>RAMON VALDEZ,<br>JESSIE LUMADA,<br>MICHAEL FOUSSE,<br>DWIGHT SITYAR,<br>STEPHANI GIMA, and<br>JOEL DIMAANO<br><br>    Defendants. | NOS. CR 05-930-CW  (M)<br>     CR 05-1032-CW (M)<br>     CR 05-1033-CW (M)<br>     CR 05-1034-CW (M)<br>     CR 05-1035-CW (M)<br>     CR 05-1036-CW (M)<br>     CR 05-1037-CW (M)<br><br>STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants Albert Valente, Ramon Valdez, Jessie Lumada, Michael Fousse, Dwight Sityar, Stephani Gima, and Joel Dimaano, by and through their respective counsel of record, respectively, hereby stipulate as follows:

1.  The Informations in this case were filed on October 25, 2005. Defendant Sityar first appeared before a judicial officer in the Central District of California, and was arraigned, on

ENTER ON ICMS
JAN - 3 2006

24

November 21, 2005. Defendants Valdez, Lumada, Fousse, Gima and Dimaano first appeared before a judicial officer in the Central District of California, and were arraigned, on November 28, 2005. Defendant Valente first appeared before a judicial officer in the court in the Central District of California, and was arraigned, on December 12, 2005. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that the trial commence against these defendants, at best, on or before January 30, 2006.

2. No initial trial date was set.

3. By this stipulation, the parties jointly move for findings of excludable time necessary to permit the continuance of proceedings from December 12, 2005 -- the date of assignment of these matters to the Honorable Carla Woehrle -- until January 24, 2006.

4. The parties agree and stipulate, and request that the court find the following:

a) This case involves the transfer of electronic media -- namely, CDs and DVDs containing a copy of *Star Wars: Episode III -- Revenge of the Sith*. The government has disclosed discovery to each defendant, which, among other things, consists of interview summaries and other written statements.

b) The various counsel in this case, including government and defense counsel, have met and discussed possible dispositions to the various cases; by and large, the parties in each of the cases have reached agreement. Counsel for each defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary to prepare his or her client, and to appear at, a consolidated plea

1 hearing for each of the defendants. The government does not
2 object to the continuance.
3     c) Each defense counsel has consulted his client, and
4 each defendant concurs in the proposed continuance of the trial
5 date.
6     d) Based on the above-stated findings, the ends of
7 justice served by continuing the case as requested outweigh the
8 interest of the public and the defendant in a trial within the
9 original date prescribed by the Speedy Trial Act.
10     e) For the purpose of computing time under the Speedy
11 Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must
12 commence, the time period between December 12, 2005, and January
13 24, 2006, is deemed excludable pursuant to 18 U.S.C.
14 § 3161(h)(8)(A) because it results from a continuance granted by
15 the judge at the defendant's request without government objection
16 on the basis of the judge's finding that the ends of justice
17 served by taking such action outweigh the best interest of the
18 public and the defendant in a speedy trial.
19     5. The parties agree and stipulate and request that the
20 Court find that nothing in this stipulation and order shall
21 preclude a finding that other provisions of the Speedy Trial Act
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

3

1 dictate that additional time periods are excludable from the
2 period within which trial must commence.
3    IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

12-20-05
DATE

_____
BRIAN M. HOFFSTADT
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America


_____    _____
DATE                        WILLIAM PITMAN

                            Attorney for Defendant
                            Albert Valente


_____    _____
DATE                        ERROL STAMBLER

                            Attorney for Defendant
                            Ramon Valdez


_____    _____
DATE                        KIM SAVO
                            Deputy Federal Public Defender

                            Attorney for Defendant
                            Jessie Lumada


_____    _____
DATE                        PHIL DEITCH

                            Attorney for Defendant
                            Michael Fousse

```
 1  dictate that additional time periods are excludable from the
 2  period within which trial must commence.
 3          IT IS SO STIPULATED.
 4                              DEBRA WONG YANG
                                United States Attorney
 5
                                THOMAS P. O'BRIEN
 6                              Assistant United States Attorney
                                Chief, Criminal Division
 7
 8  _____      _____
    DATE                        BRIAN M. HOFFSTADT
 9                              Assistant United States Attorneys

10                              Attorneys for Plaintiff
                                United States of America
11
12  12/18/05                    [signature] S. [signature]
    DATE                        _____
13                              WILLIAM PITMAN

                                Attorney for Defendant
14                              Albert Valente
15
16  _____      _____
    DATE                        ERROL STAMBLER
17
                                Attorney for Defendant
                                Ramon Valdez
18
19
    _____      _____
    DATE                        KIM SAVO
20                              Deputy Federal Public Defender

21                              Attorney for Defendant
                                Jessie Lumada
22
23  _____      _____
    DATE                        PHIL DEITCH
24
                                Attorney for Defendant
25                              Michael Fousse
26
27
28

                                 4
```

1  dictate that additional time periods are excludable from the
2  period within which trial must commence.
3      IT IS SO STIPULATED.

4                          DEBRA WONG YANG
                           United States Attorney
5
                           THOMAS P. O'BRIEN
6                          Assistant United States Attorney
                           Chief, Criminal Division
7

8  _____  _____
   DATE                    BRIAN M. HOFFSTADT
9                          Assistant United States Attorneys

10                         Attorneys for Plaintiff
                           United States of America
11

12 _____  _____
   DATE                    WILLIAM PITMAN
13
                           Attorney for Defendant
14                         Albert Valente

15   12/15/05              [signature]
16 _____  _____
   DATE                    ERROL STAMBLER

17                         Attorney for Defendant
                           Ramon Valdez
18

19 _____  _____
   DATE                    KIM SAVO
20                         Deputy Federal Public Defender

21                         Attorney for Defendant
                           Jessie Lumada
22

23 _____  _____
   DATE                    PHIL DEITCH
24
                           Attorney for Defendant
25                         Michael Fousse

26
27
28

                              4

1 dictate that additional time periods are excludable from the
2 period within which trial must commence.
3     IT IS SO STIPULATED.

4                       DEBRA WONG YANG
                         United States Attorney
5
                         THOMAS P. O'BRIEN
6                       Assistant United States Attorney
                        Chief, Criminal Division
7

8 _____
   DATE                      BRIAN M. HOFFSTADT
9                          Assistant United States Attorneys

10                          Attorneys for Plaintiff
                         United States of America
11

12 _____
   DATE                      WILLIAM PITMAN
13
                         Attorney for Defendant
14                          Albert Valente

15

16 _____
   DATE                      ERROL STAMBLER
17
                         Attorney for Defendant
18                          Ramon Valdez

19 12/19/05
   DATE                      KIM SAVO
20                          Deputy Federal Public Defender

21                          Attorney for Defendant
                         Jessie Lumada
22

23 _____
   DATE                      PHIL DEITCH
24
                         Attorney for Defendant
25                          Michael Fousse

26

27

28

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
DATE    BRIAN M. HOFFSTADT
        Assistant United States Attorneys

        Attorneys for Plaintiff
        United States of America

_____
DATE    WILLIAM PITMAN

        Attorney for Defendant
        Albert Valente

_____
DATE    ERROL STAMBLER

        Attorney for Defendant
        Ramon Valdez

_____
DATE    KIM SAVO
        Deputy Federal Public Defender

        Attorney for Defendant
        Jessie Lumada

_____
12-14-05
DATE    PHIL DEITCH

        Attorney for Defendant
        Michael Fousse

4

| | |
|---|---|
| 12-14-05 | *Anthony M Solis* |
| DATE | ANTHONY SOLIS |
| | Attorney for Defendant Dwight Sityar |
| _____ | _____ |
| DATE | DAVID KALOYANIDES |
| | Attorney for Defendant Stephani Gima |
| _____ | _____ |
| DATE | BRIAN NEWMAN |
| | Attorney for Defendant Joel Dimaano |

## O R D E R

IT IS SO FOUND AND ORDERED this ____ day of _____, 2005.

_____
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

5

```
_____          _____
DATE                             ANTHONY SOLIS

                                 Attorney for Defendant
                                 Dwight Sityar


 12-23-05                        /s/ David Kaloyanides per BMH
_____          _____
DATE                             DAVID KALOYANIDES        (telephonic
                                                          authorization)
                                 Attorney for Defendant
                                 Stephani Gima


_____          _____
DATE                             BRIAN NEWMAN

                                 Attorney for Defendant
                                 Joel Dimaano
```

O R D E R

IT IS SO FOUND AND ORDERED this ____ day of _____, 2005.

_____
HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

5

```
 1
 2
 3  _____                    ANTHONY SOLIS
    DATE
 4                                 Attorney for Defendant
                                   Dwight Sityar
 5
 6  _____                    _____
    DATE                           DAVID KALOYANIDES
 7
                                   Attorney for Defendant
 8                                 Stephani Gima

 9  12/15/05                       _____
10  DATE                           BRIAN NEWMAN

11                                 Attorney for Defendant
                                   Joel Dimaano
12

13                          O R D E R
14     IT IS SO FOUND AND ORDERED this ___ day of Dec ,
15  2005.
16                                 _____
17                                 HONORABLE CARLA WOEHRLE
                                   UNITED STATES MAGISTRATE JUDGE
```

5

## CERTIFICATE OF SERVICE

I, **YOLANDA AGUAYO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: **STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER**

Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHED LIST**

This Certificate is executed on December 27, 2005, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*(signed)* YOLANDA AGUAYO

# SERVICE LIST
## U.S. v. VALENTE, ET AL.,

**VIA FACSIMILE:**

BILL PITMAN, ESQ.
Facsimile: (213) 629-0208

ERROL STAMBLER, ESQ.
Facsimile: (310) 470-3968

KIM SAVO, ESQ.
Facsimile: (213) 894-0081

PHIL DEITCH, ESQ.
Facsimile: (323) 938-3318

ANTHONY SOLIS
Facsimile: (213) 489-5923

DAVID KALOYANIDES
Facsimile: (626) 609-0305

BRIAN NEWMAN, ESQ.
Facsimile: (310) 337-0063